1909.) Action by the McCaskey Register Company against Mary Green, as executrix, etc., of John Green, deceased.

PER CURIAM. Judgment affirmed, with costs. See, also, 57 Misc. Rep. 549, 109 N. Y. Supp. 970.

COCHRANE, J., dissents.

McCHERRY, Respondent, v. SNARE & TRIEST CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Mary McCherry, an infant, etc., against the Snare & Triest Company and another. No opinion. Motion for leave to appeal to the Court of Appeals granted. See, also, 114 N. Y. Supp. 674.

McCORMICK, Appellant, v. BERNER et al., Respondents. (Supreme Court, Appellate Division, First Department. March 5, 1909.) Action by Willis S. McCormick against Charles E. Berner and another. G. D. Lamb, for appellant. G. Zabriskie, for respondents. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, with leave to defendant, if so advised, to apply for a re-execution of the commission. Order filed.

McGEE, Respondent, v. TOWN OF WEST SENECA, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by Hannah McGee, as administratrix, etc., against the town of West Seneca.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., not sitting.

McGEE, Respondent, v. TOWN OF WEST SENECA, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 10, 1909.) Action by Hannah McGee, as sole administratrix, against the Town of West Seneca. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

McGOVERN, Appellant, v. FITZPATRICK, Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Elizabeth McGovern, as administratrix, etc., of James McGovern, deceased, against Richard Fitzpatrick. No opinion. Order affirmed, with $10 costs and disbursements.

McGRATH, Respondent, v. AUBURN HAME CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909.) Action by Alfred McGrath, an infant, etc., against the Auburn Hame Company. No opinion. Judgment and order affirmed, with costs.

McGRONEN, Appellant, v. GREENWALD et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Action by Thomas F. McGronen, as administrator, etc., of Harry A. McGronen, deceased, against Harry A. Greenwald and another. No opinion. Interlocutory judgment affirmed, with costs.

MACK, Respondent, v. MACK, Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Henry S. Mack against Hugo S. Mack. E. W. Beebe, for appellant. W. J. Lippman, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs. Order filed.

McKIE, Respondent, v. BROWN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 3, 1909.) Action by John McKie, as tax collector, etc., in the town of Gates, against Roscoe C. E. Brown and others.

PER CURIAM. Judgment affirmed, with costs.

WILLIAMS, J., dissents.

MACKOWIAK, Respondent, v. BUFFALO & L. E. TRACTION CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1909.) Action by Frank Mackowiak against the Buffalo & Lake Erie Traction Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the verdict of the jury is contrary to and against the weight of the evidence.

ROBSON, J., dissents.

McNEIL, Appellant, v. BOARD OF SUP'RS OF SUFFOLK COUNTY et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by R. Gordon McNeil against the board of supervisors of the county of Suffolk and others. No opinion. Order affirmed, with $10 costs and disbursements.

McNEIL v. ROCHESTER TELEPHONE CO. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by Joseph H. McNeil against the Rochester Telephone Company.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

KRUSE, J., not sitting.

McNEILL, Respondent, v. BACHE et al., Appellants. (Supreme Court. Appellate Division, Third Department. March 24, 1909.) Action by William J. McNeill against Jules S. Bache and others. No opinion. Order affirmed, with $10 costs and disbursements.

McNICKLE, Appellant, v. DELANEY et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 5, 1909.)